

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Sierra Club, | § | No. 08-13-00003-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 109th District Court |
| | § | |
| Andrews County, Texas, Andrews | | of Andrews County, Texas |
| Industrial Foundation, and Andrews | § | |
| Chamber of Commerce, | | (TC# 18,881) |
| | § | |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until

**December 28, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John L. Pool, the Appellee's Attorney, prepare the

Appellee's brief and forward the same to this Court on or before December 28, 2015.

IT IS SO ORDERED this 17th day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.